IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN J. HARMELIN, RECEIVER AD LITEM, et al.   :   CIVIL ACTION

v.   :

MAN FINANCIAL INC., et al.   :   NO. 06-1944

**O R D E R**

**AND NOW, TO WIT:** This 19th day of August, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                         **MICHAEL E. KUNZ**, Clerk of Court

                         **BY:** s/Lynn Meyer
                                 Lynn Meyer, Deputy Clerk

cc:
| | |
|---|---|
| James Rodgers, Esquire (e-mail) | Jennifer Diamantis, Esq. (e-mail) |
| Keith Dutill, Esquire (e-mail) | Joshua Horn, Esq. (e-mail) |
| Laura Vendzules, Esquire (e-mail) | Theresa Loscalzo, Esq. (e-mail) |
| Lee Rosengard, Esquire (e-mail) | Therese Doherty, Esq. (e-mail) |
| Leslie Greenspan, Esquire (e-mail) | Cathi Hession, Esq. (e-mail) |
| Constantine Karides, Esquire (e-mail) | Jason Cohen, Esq. (e-mail) |
| Joseph Tuso, Esquire (e-mail) | Gaetan Alfano, Esq. (e-mail) |
| Christopher Greeley, Esquire (e-mail) | Chris Iacono, Esq. (e-mail) |
| Dennis Suplee, Esquire (e-mail) | Lisa Salazar, Esq. (e-mail) |
| H. Justin Park, Esquire (e-mail) | William McDonough, Esq. (e-mail) |
| Timothy Hoeffner, Esquire (e-mail) | Glenn Chernigoff, Esq. (e-mail) |
| Candice Aaron, Esquire (e-mail) | Michael Robinson, Esq. (e-mail) |
| Caitlin Piccarello, Esquire (e-mail) | Shiloh Theberge, Esq. (e-mail) |
| David Howard, Esquire (e-mail) | Michael Doluisio, Esq. (e-mail) |
| Catherine Rosato, Esquire (e-mail) | John Donnelly, Esq. (e-mail) |
| David Fleischer, Esquire (e-mail) | Jonathan Choa, Esq. (e-mail) |
| Keith Miller, Esquire (e-mail) | Lawrence Conlan, Esq. (e-mail) |

O:\41(b) Orders to Dismiss\Harmelin v. Man 06-1944 - 41b order.wpd